No. 16,644.

KNEZEVICH ET AL. *v.* HOOPES ET AL.
(231 P. [2d] 472)

Decided April 30, 1951.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN W. ELWELL, Mr. MATT J. KIKEL, for plaintiffs in error.

Mr. H. E. BRAYTON, Mr. S. PHILIP CABIBI, for defendants in error.